PHILLIP A. TALBERT
United States Attorney
ALEXANDRE MIKHAIL DEMPSEY
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF,<br>          v.<br>GABRIELA DURAN,<br><br>                                    DEFENDANT. | Case No.: 1:22-CR-00136-JLT-SKO<br><br>**MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

The United States hereby moves for an order authorizing deposit(s) into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

1. The defendant signed a plea agreement that was entered on May 13, 2022 (the "Plea Agreement"). Dkt. No. 3. Through the Plea Agreement, the defendant agrees to plead guilty to five counts of subscribing to a false return in violation of 26 U.S.C. § 7206(1).

2. A Change of Plea Hearing is scheduled for June 3, 2022. *See* Docket.

3. In the Plea Agreement, the defendant agrees to pay restitution in full in a combined amount of between $563,124.00 and $850,000.00, a special assessment totaling $500.00, and a fine if one is imposed by the Court ("Criminal Monetary Penalties"). Dkt. No. 3.

4. The defendant has expressed an interest in paying some or all of the Criminal Monetary Penalties prior to sentencing.

5. The United States requests an order that provides that, on or before the date of the

defendant's sentencing, the defendant, or any individual or entity on their behalf, be permitted to make payments in partial or full satisfaction of the defendant's Criminal Monetary Penalties ("Deposit") to the Clerk of the Court as specified in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending the defendant's sentencing in this case, or upon further order of the Court.  The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated:  __May 23, 2022____        By:       /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

**O R D E R**

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on their behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 1:22-CR-00136-JLT-SKO).

4. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendant's criminal case.

6. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: __**June 6, 2022**__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE