PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GABRIELA DURAN,<br><br>                              Defendant. | CASE NO. 1:22-CR-00136-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: September 9, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows.

1.      By previous order, this matter was set for sentencing on September 9, 2022.

2.      By this stipulation, the parties now move to continue sentencing until October 28, 2022.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Due to delays regarding the pre-sentence investigation process and at the request of assigned probation officer, both parties request additional time to review the pre-sentence investigation report and prepare for sentencing.

b)      Counsel for defendant believes that this continuance is necessary to prepare for eventual sentencing in this case.

IT IS SO STIPULATED.

Dated:  July 27, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney


Dated:  July 27, 2022

/s/ Richard Beshwate

RICHARD BESHWATE
Counsel for Defendant
GABRIELA DURAN


## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **July 28, 2022**

UNITED STATES DISTRICT JUDGE